**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Central__ District of __California__
                          (State)

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Amalfi Assets, Inc. |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 3 7 – 1 5 8 8 3 9 0 |
| 4. | **Debtor's address** | **Principal place of business**<br><br>23679 Calabasas Road, Suite 941<br>Number    Street<br><br>_____<br><br>Calabasas, CA 91302<br>City    State    ZIP Code<br><br>Los Angeles<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>Number    Street<br><br>_____<br>P.O. Box<br><br>_____<br>City    State    ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City    State    ZIP Code |
| 5. | **Debtor's website** (URL) | _____ |
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  Amalfi Assets, Inc.                                   Case number (if known)_____
        Name

7. **Describe debtor's business**

    A. *Check one:*

    ❏ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    ❏ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    ❏ Railroad (as defined in 11 U.S.C. § 101(44))
    ❏ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    ❏ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    ❏ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    ☒ None of the above

    B. *Check all that apply:*

    ❏ Tax-exempt entity (as described in 26 U.S.C. § 501)
    ❏ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
    ❏ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

    6 2 1 3 9 9  __

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

    *Check one:*

    ❏ Chapter 7
    ❏ Chapter 9
    ☒ Chapter 11. *Check all that apply*:

    ❏ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ❏ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ❏ A plan is being filed with this petition.

    ❏ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ❏ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ❏ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ❏ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No
   ❏ Yes.  District _____ When _____ Case number _____
                                        MM / DD / YYYY
           District _____ When _____ Case number _____
                                        MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ❏ No
    ☒ Yes.  Debtor  Capri Coast Capital, Inc.           Relationship  Insider/Sister Corp.
            District  CD Cal.                           When  4/28/2017
                                                              MM / DD / YYYY
            Case number, if known  1:17-bk-11136 VK

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page **2**

Debtor  __Amalfi Assets, Inc._____  Case number *(if known)*_____
      Name

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
      Number     Street

_____

_____
City                      State    ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor __Amalfi Assets, Inc._____     Case number (*if known*)_____
         Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| --- | --- | --- | --- |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☒ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __7/12/2017__
          MM  / DD / YYYY

✗ __/s/ Erika Rice_____     Erika Rice_____
Signature of authorized representative of debtor     Printed name

Title __President_____

**18. Signature of attorney**

✗ __/s/ Lewis R. Landau_____     Date __7/12/2017__
Signature of attorney for debtor                      MM / DD / YYYY

__Lewis R. Landau_____
Printed name
__Lewis R. Landau, Attorney-at-Law_____
Firm name
__22287 Mulholland Hwy., # 318_____
Number        Street
__Calabasas_____   __CA__   __91302_____
City                                          State    ZIP Code

__(888)822-4340_____        __lew@landaunet.com_____
Contact phone                         Email address

__143391_____         __CA____
Bar number                             State

# STATEMENT OF RELATED CASES
# INFORMATION REQUIRED BY LBR 1015-2
# UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   Capri Coast Capital, Inc.; 1:17-bk-11136-VK; 4/28/17; Pending; Hampton Heights Inc.; 1:17-bk-11545-VK; 6/9/17; Pending; Ravello Ventures Inc.; 1:17-bk-11546-VK; 6/9/17; Pending; All Judge Victoria Kaufman

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   Not applicable.

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   See # 1.

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   Not applicable.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  Los Angeles , California

Date: 07/12/2017

/s/ Erika Rice
Signature of Debtor

_____
Signature of Joint Debtor

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify the case:**

Debtor name  Amalfi, Inc.

United States Bankruptcy Court for the: Central     District of  CA
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | ROIC CALIFORNIA, LLC<br>mS 631099<br>P O Box 3953<br>Seattle, WA  98124-3953 | property manager - Francesca Busalacchi<br>858-255-4906<br>fbusalacchi@roireit.net | Rent | unliquidated | | | 56,447 |
| 2 | JIM BIERMAN<br>c/o SPIWAK & IEZZA LLP<br>555 Marin Street, Suite 140<br>Thousand Oaks, CA 91360 | jtbeierm@msn.com<br>attorney Nick Lezza<br>niezza@spiwakandiezza.com | Rent | unliquidated | | | 52,560 |
| 3 | CITIBANK CARDS<br>P.O. BOX 90010379001037<br>Louisville KY, 40290-1037 | | Credit card | unliquidated | | | 39,135 |
| 4 | FTB Bankruptcy Section<br>MS: A-340<br>P. O. Box 2952<br>Sacramento, CA 95812-2952 | Carissa Lynch<br>carissa.lynch@ftb.ca.gov<br>Fx (916)845.9799<br>Ph (916)845.4750 | Taxes | unliquidated | | | 26,579 |
| 5 | MONARCHY GROUP<br>13952 Bora Bora Way #104<br>Marina Del Rey, CA  90292 | Tom Difloure | Trade debt | unliquidated | | | 24,150 |
| 6 | BEAUCHAMP FAMILY, LLC<br>10700 Santa Monica Blvd, #215 | Mark Larson<br>818-404-8155 | Rent | unliquidated | | | 21,671 |
| 7 | ON DECK CAPITAL<br>1400 Broadway<br>NY, NY  10018 | 888-556-3483<br>customerservice@ondeck.com | Trade debt | unliquidated | | | 10,601 |
| 8 | BANKERS CAPITAL<br>28030 Dorothy Dr #201<br>Agoura Hills, CA  91301 | | Loan | unliquidated | | | 3,550 |

Official Form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     page 1

Debtor   **Amalfi, Inc.**
         Name

Case number *(if known)*_____

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Edison<br>P O Box 600<br>Rosemead, CA  91771-0001 | account# 2-39-660-9950<br>account# 2-32-148-8959<br>1-800-655-4555 | Trade debt | unliquidated | | | 2,348 |
| 10 | FRONTIER COMMUNICATIONS<br>corporate office | Account # 805-494-1448-121610-5 | Trade Debt | unliquidated | | | 1,503 |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Lewis R. Landau (SBN 143391)<br>Attorney-at-Law<br>22287 Mulholland Hwy., # 318<br>Calabasas, CA  91302<br>Voice and Fax: (888)822-4340<br>Email: Lew@Landaunet.com<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br>Amalfi Assets, Inc.<br><br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br><br>**VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br>**[LBR 1007-1(a)]** |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of ___ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  07/12/2017_____        /s/ Erika Rice_____
                                                                Signature of Debtor 1

Date:  _____        _____
                                                                Signature of Debtor 2 (joint debtor) (if applicable)

Date:  07/12/2017_____        /s/ Lewis R. Landau_____
                                                                Signature of Attorney for Debtor (if applicable)

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California

*December 2015*                                                                                                                     **F 1007-1.MAILING.LIST.VERIFICATION**

Amalfi Assets, Inc.
c/o Erika Rice
23679 Calabasas Road, Suite 941
Calabasas, CA 91302


Lewis R. Landau
Attorney at Law
22287 Mulholland Hwy. # 318
Calabasas, CA 91302

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


California Employment Development Dept
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001


California State Board of Equalization
Special Procedures Section, MIC 55
PO Box 942879
Sacramento, CA 94279-0055


Franchise Tax Board
Attention: Bankruptcy
PO Box 2952
Sacramento, CA 95812-2952


Mark J Saladino
Los Angeles County Tax Collector
225 North Hill St  Rm 160
Los Angeles, CA 90012

BEAUCHAMP FAMILY, LLC
10700 Santa Monica Blvd, #215
Los Angeles, CA   90025


ROIC CALIFORNIA, LLC
mS 631099
P O Box 3953
Seattle, WA  98124-3953


FRONTIER COMMUNICATIONS
corporate office
2001 Broadway
Santa Monica, CA  90404
Account # 805-494-1448-121610-5


EDISON
account# 2-39-660-9950
account# 2-32-148-8959
P O Box 600
Rosemead, CA  91771-0001


JIM BIERMAN
c/o SPIWAK & IEZZA LLP
555 Marin Street, Suite 140
Thousand Oaks, CA 91360


BANKERS CAPITAL
28030 Dorothy Dr #201
Agoura Hills, CA  91301

ON DECK CAPITAL
1400 Broadway
NY, NY  10018


MONARCHY GROUP
Tom Difloure
13952 Bora Bora Way #104
Marina Del Rey, CA  90292


LA MONTAGE MANAGEMENT
23679 Calabasas Rd  #941
Calabasas, CA  91302


MARY GUIDRY
6474 LaSalle Ave
Baton Rouge, LA  70806


CITIBANK CARDS
P.O. BOX 90010379001037
Louisville KY, 40290-1037


Massage Envy Franchising, Inc.
LAURA SIXKILLER
DLA PIPER LLP (US)
2525 East Camelback Road, Suite 1000
Phoenix, Arizona 85016